

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re John Anthony Buchanan

Appellate case number:    01-20-00128-CR

Date Motion Filed:      July 7, 2020

Party Filing Motion:     Relator, John Anthony Buchanan


It is **ordered** that the motion for en banc reconsideration is **denied**. *See* TEX. R. APP. P. 41.2(c), 49.7.


Judge's signature: _____/s/ Sherry Radack_____
               ☐ Acting individually    ☒ Acting for the Court

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: __August 18, 2020____